[No. 61562-9-I.   Division One.   March 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY QUINN CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-06560-8, Palmer Robinson, J., entered April 14, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Ellington and Lau, JJ.

[No. 61612-9-I.   Division One.   March 16, 2009.]

ROGER E. PEDERSON ET AL., *Appellants*, v. PUBLIC UTILITY DISTRICT No. 1 OF SKAGIT COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-2-01994-7, Dave Needy, J., entered March 28, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Agid and Lau, JJ.

[No. 61719-2-I.   Division One.   March 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER PIEKARSKI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-11047-6, William L. Downing, J., entered April 17, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Grosse and Lau, JJ.

[No. 61828-8-I.   Division One.   March 16, 2009.]

ALLAN RAND ET AL., *Appellants*, v. CM FRANCHISE SYSTEMS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-08799-1, Steven C. Gonzalez, J., entered July 14, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Grosse, J.